941 A.2d 1261

**Detroy JOHNSON, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 186 EM 2007.**

Supreme Court of Pennsylvania.

Feb. 7, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus and the Application for [an] Immediate Hearing on the Pending Petition for Writ of Habeas Corpus are denied.